UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA and
THE STATE OF MICHIGAN, *ex rel.*
TOLGA KURT, M.D., and AMBER WEST,

      Plaintiffs,

v.

U.S. REHAB SERVICES, P.C., *et al.*,

      Defendants
_____/

**FILED *EX PARTE* AND UNDER SEAL**

Case No. 1:11-cv-1051

Hon. Paul L. Maloney,
Chief United States District Judge

## ORDER

The United States of America and the State of Michigan (collectively, the "Government Plaintiffs") having intervened in this action pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and 3730(b)(4), and the Michigan Medicaid False Claims Act, MICH. COMP. LAWS § 400.610a(3):

IT IS HEREBY ORDERED that,

1. the relators' Complaint, the Government Plaintiffs' Notice of Intervention, and this Order shall be unsealed;

2. the Government Plaintiffs shall serve their Complaint upon defendants, together with this Order, within 120 days, which period shall be exclusive of any period that this case may be stayed pending criminal proceedings in *United States v. Rathod, et al.*, No. 1:12-CR-00017 (W.D. Mich.)

3. all other papers or Orders on file in this matter shall remain under seal; and

4. the seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED, this 29th day of May, 2012.

/s/ Paul L. Maloney
Hon. Paul L. Maloney, Chief United States District Judge