UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA and
THE STATE OF MICHIGAN, *ex rel.*
TOLGA KURT, M.D., and AMBER WEST,

        Plaintiffs,

v.

U.S. REHAB SERVICES, P.C., *et al.*,

        Defendants
_____/

Case No. 1:11-cv-1051

Hon. Paul L. Maloney,
Chief United States District Judge

## THE UNITED STATES OF AMERICA AND STATE OF MICHIGAN'S *EX PARTE* APPLICATION TO UNSEAL NOTICES CONCERNING POSSIBLE BREACHES OF SEAL

For the reasons set forth in the accompanying memorandum of law, the United States and the State of Michigan seek to lift the seal on the United States of America and State of Michigan's *Ex Parte* Notice Concerning Possible Breach of Seal, Docket No. ("Dkt.") 7, and the United States of America and State of Michigan's Second *Ex Parte* Notice Concerning Possible Breaches of Seal, Dkt. 12. A proposed order accompanies this application.

Dated: July 30, 2012

        Respectfully submitted,

        PATRICK A. MILES, JR.
        United States Attorney

        */s/ Adam B. Townshend*
        ADAM B. TOWNSHEND
        Assistant U.S. Attorney
        U.S. Attorney's Office, Western District of Michigan
        330 Ionia Ave. NW, Suite 501
        Grand Rapids, MI 49503
        Tel: (616) 808-2130
        E-mail: adam.townshend@usdoj.gov

JOYCE R. BRANDA
RENEE BROOKER
VANESSA REED
Department of Justice
Civil Division, Fraud Section
601 D Street NW, Room 1210
Washington, D.C. 20004


BILL SCHUTTE
Attorney General, State of Michigan

*Jeffrey Schroder / ABT with permission*

JEFFREY SCHRODER
Assistant Attorney General
Health Care Fraud Division
P.O. Box 30218
Lansing, MI 48909
Tel: (517) 241-6500
E-mail: schroderj@michigan.gov