UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA and
THE STATE OF MICHIGAN, *ex rel.*
TOLGA KURT, M.D., and AMBER WEST,

        Plaintiffs,

v.

U.S. REHAB SERVICES, P.C., *et al.*,

        Defendants
_____/

Case No. 1:11-cv-1051

Hon. Paul L. Maloney,
Chief United States District Judge

## ORDER

Upon consideration of the United States of America and the State of Michigan's *Ex Parte* Application to Unseal Notices Concerning Possible Breaches of Seal, and for good cause shown:

IT IS HEREBY ORDERED that the United States of America and State of Michigan's *Ex Parte* Notice Concerning Possible Breach of Seal and the United States of America and State of Michigan's Second *Ex Parte* Notice Concerning Possible Breaches of Seal shall be unsealed; and

IT IS FURTHER ORDERED that all other papers and Orders on file shall remain under seal, except insofar as the seal has been previously lifted by this Court.

IT IS SO ORDERED, this 8th day of August, 2012.

                                  /s/ Paul L. Maloney
                              CHIEF UNITED STATES DISTRICT JUDGE