UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
and the STATE OF MICHIGAN,
*ex rel.* TOLGA KURT, M.D., and
AMBER WEST,

        Plaintiffs,

v.

LAKESHORE HOME HEALTH CARE,
INC., *et al.*,

        Defendants.
_____/

Case No. 1:11-CV-1051

Hon. Paul L. Maloney
Chief United States District Judge

## RELATOR TOLGA KURT, M.D.'S RESPONSE TO ORDER TO SHOW CAUSE

NOW COMES Relator Tolga Kurt, M.D., through his attorney, Thomas C. Bromell, and responds to this Court's Order To Show Cause by humbly requesting that this Honorable Court dismiss him from this matter by entering the attached Stipulation and Order Dismissing Relator Tolga Kurt, M.D. [Exhibit A]. The parties do not anticipate filing additional briefs in this matter unless the Court so requires.

        Respectfully submitted,

        *s/ Thomas C. Bromell*
        THOMAS C. BROMELL
        P.O. Box 344
        Mt. Pleasant, MI 48804-0344
        Tel: (989) 621-5082
        E-mail: tbromell@yahoo.com

        *Attorney for Tolga Kurt, M.D*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
and the STATE OF MICHIGAN,
*ex rel.* TOLGA KURT, M.D., and
AMBER WEST,

        Plaintiffs,

v.

LAKESHORE HOME HEALTH CARE,
INC., *et al.*,

        Defendants.
_____/

Case No. 1:11-CV-1051

Hon. Paul L. Maloney
Chief United States District Judge

## STIPULATION AND ORDER DISMISSING RELATOR TOLGA KURT, M.D.

NOW COME Tolga Kurt, M.D., and the United States of America and the State of Michigan (the "Government Plaintiffs"), by and through their counsel of record, and hereby stipulate and agree to the dismissal of Tolga Kurt, M.D., as a relator in the above-referenced *qui tam* action, with prejudice to Dr. Kurt, without prejudice to the Government Plaintiffs, and without costs or attorneys' fees to Dr. Kurt or the Government Plaintiffs.

Dated: October 1, 2012

THOMAS C. BROMELL

s/ *Thomas C. Bromell*
P.O. Box 344
Mt. Pleasant, MI 48804
Tel: (989) 621-5082
E-mail: tbromell@yahoo.com

*Attorney for Tolga Kurt, M.D.*

Respectfully submitted,

PATRICK A. MILES, JR.
United States Attorney

/s/ *Adam B. Townshend*
ADAM B. TOWNSHEND
Assistant U.S. Attorney
U.S. Attorney's Office, Western District of Michigan
330 Ionia Ave. NW, Suite 501
Grand Rapids, MI 49503
Tel: (616) 808-2130
E-mail: adam.townshend@usdoj.gov

JOYCE R. BRANDA
RENEE BROOKER
VANESSA I. REED
Department of Justice
Civil Division, Fraud Section
601 D Street, NW, Room 1210
Washington, D.C. 20004


BILL SCHUTTE
Attorney General, State of Michigan

/s/ *Jeffrey Schroder*
JEFFREY SCHRODER
Assistant Attorney General
Health Care Fraud Division
P.O. Box 30218
Lansing, MI 48909
Tel: (517) 241-6500
E-mail: schroderj1@michigan.gov

*Attorneys for the Government Plaintiffs*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
and the STATE OF MICHIGAN,
*ex rel.* TOLGA KURT, M.D., and
AMBER WEST,

        Plaintiffs,

v.

LAKESHORE HOME HEALTH CARE,
INC., *et al.*,

        Defendants.
_____/

Case No. 1:11-CV-1051

Hon. Paul L. Maloney
Chief United States District Judge

## ORDER DISMISSING RELATOR TOLGA KURT, M.D.

Pursuant to the foregoing Stipulation, it is

HEREBY ORDERED that Tolga Kurt, M.D., is dismissed as a relator in the above-referenced *qui tam* action, with prejudice to Dr. Kurt, without prejudice to the Government Plaintiffs, and without costs or attorneys' fees to Dr. Kurt, the United States of America, or the State of Michigan.

IT IS SO ORDERED.

Dated:_____

_____
Hon. Paul L. Maloney
Chief United States District Judge