FILED - GR
October 9, 2012 9:27 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY ald / ____ SCANNED BY ___ 10/10/12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOLGA KURT,

        Plaintiff,

v.

AMBER WEST, et al,

        Defendants.
_____/

Case No. 1:11-cv-1051

Chief Judge Paul L. Maloney

## ORDER REJECTING PLEADING

The Court has examined the following documents received October 1, 2012 and orders the Clerk to reject the Appearance and Certificate of Service and return the documents to Attorney Charles R. Cuzydlo for intervenor-defendant Kevin S. Witt for the reason noted below:

The documents are a duplication of documents electronically filed 9/27/12 as non-document appearance and certificate of service in the court's CM/ECF system.

IT IS SO ORDERED.

Dated: 10/6/2012
bd

Joseph G. Scoville
United States Magistrate Judge

*For Court Use Only*

☐ The Clerk shall accept the pleading(s) for filing _____ Dated: _____